

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-17-00055-CV

**IN RE MEDFINMANAGER, LLC** and Joel Clapick

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:       Sandee Bryan Marion, Chief Justice
                Rebeca C. Martinez, Justice
                Luz Elena D. Chapa, Justice

Delivered and Filed:  February 8, 2017

PETITION FOR WRIT OF MANDAMUS DENIED

On February 2, 2017, Relators filed a petition for writ of mandamus.  The court has considered Relators' petition for writ of mandamus and is of the opinion that Relators are not entitled to the relief sought.  Accordingly, the petition for writ of mandamus is denied.  *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2015CI16271, pending in the 166th Judicial District Court, Bexar County, Texas, the Honorable Laura Salinas presiding.